UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. BOSELLY,<br><br>                 Petitioner,<br>v.<br><br>STATE OF CALIFORNIA,<br><br>                 Respondent. | Case No. 17cv1534 JAH (PCL)<br><br>**ORDER: (1) DENYING REQUEST TO REOPEN CASE AND (2) GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED PETITION** |

      On July 27, 2017, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) On August 8, 2017, the Court dismissed the petition because Petitioner had failed to satisfy the filing fee requirement, failed to name a proper respondent and failed to state a cognizable claim on federal habeas. (ECF No. 2.) Petitioner was advised that if he wished to proceed with this action he must (1) either pay the $5.00 filing fee or submit adequate proof of his inability to pay and (2) file a First Amended Petition no later than October 9, 2017. (*Id.*)

      On October 10, 2017, Petitioner submitted a letter in which he contends that he submitted a Trust Account Withdraw Order to prison officials. (ECF No. 5 at 1.) He also argues that the proper respondent should be the "chief acting justice for the appellate level of the Federal Court." (*Id.* at 2.) Finally, he states that he should not be required to ///submit an amended petition because of the additional postage and copying costs, and

asks the Court to reopen the case. (*Id.*)

The Court **DENIES** Petitioner's request to reopen the case. As discussed in this Court's August 8, 2017 Order, the case remains dismissed and cannot be reopened until Petitioner does two things: (1) either pay the filing fee or provide adequate proof of his inability to pay and (2) file a First Amended Petition which names a proper respondent and raises cognizable federal claims. The amended petition must be complete in and of itself. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). The Court **GRANTS** an extension of time to file an amended petition and satisfy the filing fee requirement, due no later than **December 8, 2017**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank in forma pauperis application and a blank First Amended Petition form.*

**IT IS SO ORDERED.**

Dated: November 2, 2017

Hon. John A. Houston
United States District Judge

2

17cv1534 JAH (PCL)